UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Evangeline Porter, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>New Racepath, Inc., d/b/a Big Mike's Soul Food, Michael L. Chestnut, and Michael "Coby" Chestnut,<br><br>        Defendants. | NOTICE OF REMOVAL |

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, FLORENCE DIVISION:**

By this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants New Racepath, Inc., d/b/a Big Mike's Soul Food, Michael L. Chestnut, and Michael "Coby" Chestnut (hereinafter collectively "the Defendants"), through their undersigned counsel, hereby remove this civil action from the Court of Common Pleas Fifteenth Judicial Circuit for Horry County, South Carolina, to the U.S. District Court for the District of South Carolina, Florence Division. Defendants state the following grounds for removal:

### BACKGROUND

1. On or about the 1st day of August, 2022, the Plaintiff, Evangeline Porter, commenced this action by filing a Summons and Complaint against Defendants in the Court of Common Pleas, Fifteenth Judicial Circuit for Horry County, South Carolina,

which is designated Civil Action No.: 2022-CP-26-04903. A true and accurate copy of the Summons and Complaint are attached hereto collectively as "Exhibit 1".

2. The Defendants, New Racepath, Inc., d/b/a Big Mike's Soul Food, Michael L. Chestnut, and Michael "Coby" Chestnut, each signed an Acceptance of Service, on or about the 15th day of August, 2022. Copies of the Acceptance of Service forms are attached hereto as "Exhibit 2".

3. Because the parties were actively engaged in settlement negotiations, counsel for the Plaintiff granted an informal thirty-day extension of time for the Defendants to file an Answer with the Court of Common Pleas.

4. Upon a Consent Motion filed by the parties (attached hereto as "Exhibit 3"), the Court entered an Order on October 13, 2022 enlarging the time for the Defendants to file an Answer to the Complaint (attached hereto as "Exhibit 4"), extending the time for Defendants to answer or otherwise plead to November 14, 2022.

5. Prior to the Defendants filing an Answer, Plaintiff filed her Amended Summons and Complaint on November 3, 2022 (attached hereto as "Exhibit 5").

6. The Defendants each signed accepted service by signing an Acceptance of Service of the Amended Summons and Amended Complaint, on or about the 28th day of November, 2022 (attached hereto as "Exhibit 6").

7. The Summons and Complaint, Acceptance of Service, Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint, Order Granting Defendants' Motion for Enlargement of time to File Answer to Plaintiff's Complaint, and Amended

Summons and Amended Complaint constitute all of the process, pleadings, and orders that have been served upon Defendants in this action.

8. The only pleadings the Defendants have filed in the Horry County Court of Common Pleas for the Fifteenth Judicial Circuit were the Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint.

**JURISDICTION AND VENUE**

9. Venue is proper in this Court because this case was originally filed in Horry County, South Carolina. *See* 28 U.S.C. §§ 121(1), 1446 (a); *see also* Local Civ. Rule 3.01(A) (D.S.C.).

10. Removal of this State Action is proper under 28 U.S.C. §§ 1331 and 1441(a) because this Court has original jurisdiction of this action, as it alleges a cause of action under the Fair Labor Standards Act of 1938, 29 U.S.C.§ 201, *et seq*. ("FLSA").

11. In addition to alleging violation of the FLSA, Plaintiff alleges violation of the South Carolina Payment of Wages Act, codified in S.C. Code Ann. § 41-10-5, et seq. ("SC Wage Act"). This Court should exercise supplemental jurisdiction over Plaintiff's cause of action under the SC Wage Act because Plaintiff's SC Wage Act claims are so related to the FLSA claim that they form the same case or controversy. *See* U.S.C. § 1367(a), *United Mine Workers of Am. V. Gibbs*, 383 U.S. 715, 725 (1966) (finding supplemental jurisdiction allows parties to append state law claims over which federal courts would otherwise lack jurisdiction to federal claims, so long as "[t]he state and federal claims . . . derive from a common nucleus of operative fact"). Here, Plaintiff's

3

two causes of action, one alleging violation of the FLSA and the other alleging violation of the SC Wage Act are based on the exact same set of factual allegations, such that both derive from a common nucleus of operative fact. As a result, the Court has supplemental jurisdiction over Plaintiff's cause of action for violation of the South Carolina Payment of Wages Act pursuant to 28 U.S.C. § 1367.

## PROCEDURAL REQUIREMENTS

12. This Notice of Removal is timely filed within thirty days of Defendants' receipt of Plaintiffs' Amended Complaint, from which it was first ascertained that the case is one which or has become removable.

13. All Defendants consent to removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).

14. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of Court for the Horry County Court of Common Pleas for the Fifteenth Judicial Circuit and served upon Plaintiff promptly after the filing of this Notice of Removal. A copy of the Notice will be filed with the Clerk of the Court of Common Pleas for Horry County and served upon Plaintiff is attached hereto as "Exhibit 6."

15. In accordance with Local Civil Rule 26.01, Defendants' Local Rule 26.01 Interrogatories will be filed commensurate herewith.

16. Defendants submit this Notice of Removal without waiving any defense to the claims asserted by the Plaintiff upon which relief can be granted.

**CONCLUSION**

WHEREFORE, having fulfilled all statutory requirements, Defendants hereby remove this action from the Court of Common Pleas for the Fifteenth Judicial Circuit for Horry County, South Carolina, to this Court, and request that ths Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

**LAW OFFICES OF JOHN M. LEITER, PA**

By:    /s/ *John M. Leiter*
John M. Leiter, District Court ID #2646
405 79th Avenue North, Suite B
Myrtle Beach, SC 29572
(843) 449-1451; fax (843) 449-4884
Jleiter@48th.com
Attorney for Defendants

Myrtle Beach, South Carolina
December 5, 2022